**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-7007**

MAURICE D. RIVERS,

Plaintiff - Appellant,

v.

TOWN OF MOORESVILLE; J.E. GLENN, Sergeant; GOODALE, Captain; KEVIN KERRICKS, Officer; MOORESVILLE POLICE DEPARTMENT; IREDELL COUNTY,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Martin K. Reidinger, Chief District Judge.  (5:24-cv-00155-MR)

Submitted:  February 27, 2025                    Decided:  March 4, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Maurice D. Rivers, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maurice D. Rivers appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. §§ 1915(e)(2)(B), 1915A(b)(1) and denying his Fed. R. Civ. P. 59(e) motion for reconsideration of the order of dismissal. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Rivers v. Town of Mooresville*, No. 5:24-cv-00155-MR (W.D.N.C. Aug. 26, 2024; Oct. 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*